**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

WILLIE GAMMON

vs.                                                                  No.  2:04CV00205 SWW

DAN FLOWERS, ET AL

## JUDGMENT

Consistent with the Order that was entered on this day,  it is CONSIDERED, ORDERED, and  ADJUDGED  that this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 9th DAY OF MARCH, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE